In the Matter of the Application to Vacate, Dismiss and Annul All Proceedings Taken in This Court in the Estate of Paul Pincus, Deceased. Minnie Teitelbaum, as Administratrix, etc., of Augusta Abrams Feinberg, Deceased, and Others, Distributees, Appellants; The County Trust Company of White Plains, New York, Surviving Trustee, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.